UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TRACEY PRICE | * | CIVIL ACTION NO. 07-00455 |
| VERSUS | * | DISTRICT JUDGE POLOZOLA |
| SUN LIFE ASSURANCE COMPANY OF CANADA | * | MAGISTRATE JUDGE NOLAND |

* * * * * * * * * * * * * * * * *

### FINAL ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Final Motion to Dismiss with Prejudice of plaintiff, Tracey Price;

**IT IS ORDERED** that all claims by plaintiff against defendant, Sun Life Assurance Company of Canada, be and these claims are hereby **DISMISSED WITH PREJUDICE** and as of compromise, the parties to bear their own costs.

Baton Rouge, Louisiana, this 9th day of April, 2008.

UNITED STATES DISTRICT JUDGE